IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TODD LIVINGSTON NALLEY, | ) | C/A No. 4:10-CV-0191-JFA-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of defendant's unopposed Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the Commissioner is hereby directed to assign this case to an administrative law judge (ALJ) to properly evaluate the opinion of the consultative examining physician. The ALJ will also obtain vocational expert testimony regarding the extent of the erosion of the occupational base of jobs considering Plaintiff's non-exertional limitations.

IT IS SO ORDERED.

September 14, 2010      Joseph F. Anderson, Jr.
Columbia, South Carolina      United States District Judge

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.